COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



**ORDER ON MOTION**

Cause Number:  01-12-00354-CV

Trial Court Cause
Number:  0522806

Style:  CMA-CGM (America), INC

  **v** Empire Truck Lines, INC

Date motion filed*:  November 12, 2012

Type of motion:  Unopposed Motion for Leave to File Amended Brief

Party filing motion:  Appellee

Document to be filed:  Yes

Is appeal accelerated?  ☐ YES  ☒ NO

Ordered that motion is:

☒ Granted

  If document is to be filed, document due:  n/a (on file)

  ☐ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

☐ Denied

☐ Dismissed (*e.g.*, want of jurisdiction, moot)

☐ Other: _____

Judge's signature: /s/ Sherry Radack
  ☒ Acting individually  ☐ Acting for the Court

Panel consists of  Chief Justice Radack and Justices Higley and Brown

Date: March 20, 2013